No. 03–8898.  BURRELL *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8901.  TAYLOR *v.* LEE COUNTY, ALABAMA, ET AL. C. A. 11th Cir.  Certiorari denied.

No. 03–8902.  TAYLOR *v.* SPENCER ET AL.  C. A. 11th Cir. Certiorari denied.

No. 03–8906.  VON BROCK *v.* MISSISSIPPI.  Sup. Ct. Miss. Certiorari denied.

No. 03–8907.  ROSA *v.* BURGE, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 03–8908.  SOUSER *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 03–8909.  ROBISON *v.* YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–8911.  SMITH *v.* RUNNELS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–8918.  SMITH *v.* GRANT ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–8926.  LANE *v.* CASON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–8927.  PEREZ *v.* LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–8928.  PERRY *v.* CITY OF BIRMINGHAM, ALABAMA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–8934.  MARTINEZ *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 03–8942.  MARSH *v.* RICKS.  C. A. 2d Cir.  Certiorari denied.